## CLARKE v. WITTRAM.

### No. 15,091; July 21, 1893.

#### 33 Pac. 798.

**Appeal.—An Order Setting Aside a Default** and permitting a defendant to plead after the time allowed by law has elapsed will not be set aside unless the court abused its discretion.

APPEAL from Superior Court, City and County of San Francisco; Walter H. Levy, Judge.

Action by Alfred Clarke against Hannah Wittram and others. From an order setting aside a default and permitting said Hannah Wittram to plead, plaintiff appeals. Affirmed.

Alfred Clarke in pro. per; Dunne & McPike for respondent.

PER CURIAM.—This appeal is from an order setting aside a default, and permitting one of the defendants to plead after the time allowed by law had elapsed. We have examined the transcript and find no abuse of discretion on the part of the trial court.

Order affirmed.